IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00534-M-RJ

DAIL HERNANDEZ,

    Plaintiff,

v.

TOWN OF CARY, NORTH CAROLINA,

    Defendant.

ORDER

This matter comes before the court on Defendant's Motion to Dismiss [DE 12]. On October 2, 2025, Plaintiff filed a Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). DE 16. With all claims dismissed, Defendant's motion [DE 12] is DENIED AS MOOT.

SO ORDERED this 6th day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE